Submitted November 12, 2020, affirmed May 19, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MARILYN LEE MAGNUS,
*Defendant-Appellant.*

Lane County Circuit Court
210822379; A169491

487 P3d 58

Maurice K. Merten, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and John Evans, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).